**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6204**

———————

WARREN CHASE,

                              Plaintiff - Appellant,

         versus

JACK KAVANAGH,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-2265-CCB)

———————

Submitted:  April 15, 1999            Decided:  April 21, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Warren Chase, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Angela Michelle Eaves, Assistant Attorney General, Balti-
more, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's denial of his motion for a default judgment. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We note that Appellant's informal brief did not include a challenge to the district court's denial of his motion for injunctive relief, which was contained in the same order denying Appellant's motion for a default judgment. Thus, this issue is waived. <u>See</u> 4th Cir. R. 34(b). We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2